**PHILIP D. STERN & ASSOCIATES, LLC**
697 Valley Street, Suite 2D
Maplewood, NJ 07040-2642
Telephone: (973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiff, Mark A. Apostolou,
and all others similarly situated

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK APOSTOLOU, an individual; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware Corporation; *et al.*,<br><br>Defendants. | Civil Action No.<br>Case 2:09-cv-06434-SDW-MCA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, hereby gives notice of dismissal of the above-entitled action with prejudice as to himself and without prejudice as to the rights of the unnamed putative class members, without further costs, disbursements, attorney's fees, or expenses to or against any party.

**PHILIP D. STERN & ASSOCIATES, LLC**

By: *s/ Philip D. Stern*
   Philip D. Stern, Esq.
   *Attorneys for Plaintiff, Mark Apostolou*